IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

DATREC, LLC,                          )
                                      )
        Plaintiff,                    )
                                      )    Civil Action No. 8:21-cv-0507-WFJ-AEP.
v.                                    )
                                      )
GREENWAY HEALTH, LLC                  )    JURY TRIAL DEMANDED
                                      )
        Defendant.                    )


**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff DATREC, LLC ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows: A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. DatRec, LLC

2. Greenway Health, Inc.

3. Ramey & Schwaller, LLP

4. William P. Ramey, III

DATED: March 5, 2021            Respectfully submitted,

                                /s/Victoria E. Brieant
                                Victoria E. Brieant (CA Bar No. 141519)
                                Law Office of Victoria E. Brieant, P.A.
                                4000 Ponce de Leon Boulevard, Suite 470
                                Coral Gables, FL 33146
                                Telephone: (305) 413-9026

                                **Attorney for Plaintiff**
                                **DATREC, LLC**

1