**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DATREC, LLC,

    Plaintiff,

v.                                                                    Case No: 8:21-cv-507-WFJ-AEP

GREENWAY HEALTH, LLC,

    Defendant.

_____/

## <u>ORDER APPOINTING MEDIATOR</u>

In accordance with Chapter Four of the Local Rules of the Middle District of Florida, the following individual is hereby appointed by the Court to serve as mediator in this action:

    **Name of Mediator**:                    **Edward J. Page**

The parties are directed to note this mediator in their jointly filed case management report.  Lead counsel in coordination with opposing counsel and the mediator shall set the time, date, and place for the mediation conference.  Lead counsel shall file a notice of scheduling the mediation one month prior to the date mediation is set for completion.

1

Please take notice that the substance of the mediation is confidential.  No party, lawyer, or other participant is bound by, may record, or without the judge's approval may disclose any event, including any statement confirming or denying a fact --- except settlement --- that occurs during the mediation.

Attendance is required of lead counsel, each party or a party's surrogate satisfactory to the mediator, and any necessary insurance carrier representative. Any unexcused absence or departure from the mediation is sanctionable.  The parties should consult the undersigned's webpage on the FLMD website for current policy concerning continuation/cancelation and video/telephonic attendance.

The mediator shall file a written report within seven (7) days of the mediation conference stating the outcome and whether all required persons attended.

**DONE AND ORDERED** at Tampa, Florida, on March 5, 2021.

 s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies to**:
Mediator
Counsel of record and unrepresented parties, if any