IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DATREC, LLC, | ) | Civil Action No. 8:21-cv-00507-WFJ-AEP |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO STAY ALL CASE DEADLINES AND INCORPORATED [PROPOSED] ORDER |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREENWAY HEALTH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Datrec, LLC, by its undersigned Counsel, hereby informs the Court that the parties have reached an agreement in principle to resolve this dispute. In order to conserve the Court's and parties' resources while the parties finalize their agreement, Plaintiff files this unopposed motion to request that the Court issue an Order suspending all case deadlines for forty-five days, through June 15, 2021.

DATED: May 3, 2021                Respectfully submitted,

/s/ Victoria E. Brieant
Victoria E. Brieant (CA Bar No. 141519)
Law Office of Victoria E. Brieant, P.A. S
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Telephone: (305) 413-9026

Attorney for Plaintiff DATREC, LLC

1

SO ORDERED.  DONE IN CHAMBERS THIS __ DAY OF MAY, 2021.


By _____
      Hon. William F. Jung
      United States District Court Judge